HENRY CLEWS AND THEODORE S. FOWLER, RESPONDENTS,
  *v.* GEORGE RAPHAEL, IMPLEADED, ETC., APPELLANT.

APPEAL from an order denying motion to vacate an order of arrest. The defendant, without answering, moved to vacate the order. DAVIS, P. J., says: "A *prima facie* case was made upon the affidavits. The defendant has an opportunity to answer and explain the transaction or his connection therewith. His failure or neglect to do so, we think, justified the court in denying the motion."

*W. T. B. Milliken*, for the appellant.

*Morris & Hillhouse*, for the respondents.

Opinion by DAVIS, P. J.

DANIELS, J., concurred.

Order affirmed, with costs.